

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2018

No. 04-17-00565-CV

David **MORA,** Texas Sterling Construction Co. a/k/a/ Texas Crushed Concrete, and Sterling Construction Company, Inc. a/k/a Sterling Delaware Holding Company, Inc.,
Appellants

v.

Martin **VALDIVIA,** Sr., and Maria Cervantes Valdivia, both Individually and as Sole Heirs of the Estate of Martin Valdivia Jr., Deceased,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI09734
Honorable Michael E. Mery, Judge Presiding

# O R D E R

After this court granted court reporter Amy L. Hinds's first and second requests for extensions of time to file the record, the reporter's record was due on February 8, 2018.

The next day, the court reporter filed a third notification of late record and the required report describing the status of the record. The status report shows only 32% of the pages have been edited to date, and none have been proofread or formatted. The court reporter requested an extension of time to file the record until March 9, 2018, for a total extension of ninety-four days.

The court reporter's request is GRANTED. The reporter's record must be filed with this court not later than March 9, 2018. *See id.* R. 35.3(c) (limiting an extension in an ordinary appeal to thirty days). <u>Any further request for extension of time to file the record will be disfavored.</u>

If the reporter's record is not filed with this court by March 9, 2018, any request for additional time to file the record must be accompanied by a signed, written status report.

The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks).

The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date.

A preferred form for the status report, with an accompanying example, is attached to this order.

_____
Patricia O. Alvarez, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court